AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lee, William C. | U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA | 09/17/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - Senior stat eff. 2/3/03 | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2019<br>to<br>12/31/2019 |

**7. Chambers or Office Address**

2100 E. Ross Adair Federal Building
1300 S. Harrison Street
Fort Wayne, IN 46802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Fort Wayne Community School Scholarship Committee |
| 2. | Board Member | Allen County Fort Wayne Historical Society |
| 3. | Board Member | Volunteer Lawyer Program |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lee, William C. | 09/17/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2019 | West Publishing Co. Book Royalties | $52,893.51 |
| 2. 2019 | Wilson Foundation - Committee Attendance Fees | $1,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, William C. | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Steuben Co., IN, farm Appraisal Date 12/14/16) | E | Rent | P1 | Q | | | | | |
| 2. Agency #1 (H) | | | | | | | | | |
| 3. Goldman Sachs FS Gov't #465 | A | Dividend | J | T | Buy | 01/02/19 | K | | |
| 4. | | | | | Buy | 03/12/19 | J | | |
| 5. | | | | | Buy | 09/17/19 | J | | |
| 6. | | | | | Buy | 10/28/19 | J | | |
| 7. | | | | | Buy | 12/18/19 | J | | |
| 8. | | | | | Sold | 01/03/19 | K | | |
| 9. | | | | | Sold | 01/15/19 | J | | |
| 10. | | | | | Sold | 09/16/19 | J | | |
| 11. | | | | | Sold | 10/10/19 | J | | |
| 12. DODGE & COX INCOME FUND | A | Dividend | K | T | Buy | 03/11/19 | J | | |
| 13. | | | | | Buy | 09/13/19 | J | | |
| 14. | | | | | Buy | 10/09/19 | J | | |
| 15. GS DYNAMIC MUNI INCOME FD-INSTL | A | Dividend | K | T | Buy | 10/09/19 | J | | |
| 16. | | | | | Buy | 11/21/19 | J | | |
| 17. LORD ABBET INVT TR | A | Dividend | J | T | Buy | 10/09/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, William C. | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   VANGUARD INTERMEDIATE TERM | A | Dividend | K | T | Buy | 10/09/19 | J | | |
| 19.   VANGUARD INTER-TERM TAX EXEMPT FUND | A | Dividend | K | T | Buy | 10/09/19 | J | | |
| 20. | | | | | Buy | 11/21/19 | J | | |
| 21.   VANGUARD ST INV GRADE FUND I | A | Dividend | K | T | Buy | 03/11/19 | J | | |
| 22. | | | | | Buy | 09/13/19 | J | | |
| 23. | | | | | Buy | 10/09/19 | J | | |
| 24.   HARBOR CAPITAL APPRECIATION FUND | B | Dividend | K | T | Sold | 03/11/19 | J | A | |
| 25. | | | | | Sold | 09/13/19 | J | | |
| 26. | | | | | Sold | 10/09/19 | J | | |
| 27. | | | | | Sold | 11/21/19 | J | A | |
| 28.   ISHARES MSCI EAFE INDEX FUND | A | Dividend | K | T | | | | | |
| 29.   MFS SER TR XIII NEW DIS VAL I | A | Dividend | J | T | Sold | 09/13/19 | J | A | |
| 30. | | | | | Sold | 10/09/19 | J | | |
| 31.   T ROWE PRICE MID C | A | Dividend | J | T | Sold | 03/11/19 | J | A | |
| 32. | | | | | Sold | 09/13/19 | J | | |
| 33. | | | | | Sold | 10/09/19 | J | | |
| 34. | | | | | Sold | 11/21/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, William C. | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy | 01/14/19 | J | | |
| 36. T ROWE PRICE QUANT MGT FDS INC | A | Dividend | J | T | Sold | 03/11/19 | J | A | |
| 37. | | | | | Sold | 09/13/19 | J | | |
| 38. | | | | | Sold | 10/09/19 | J | | |
| 39. | | | | | Sold | 11/21/19 | J | A | |
| 40. | | | | | Buy | 01/14/19 | J | | |
| 41. VANGUARD S&P 500 ETF | B | Dividend | L | T | Sold | 09/13/19 | J | A | |
| 42. | | | | | Sold | 10/08/19 | J | A | |
| 43. | | | | | Sold | 10/24/19 | J | A | |
| 44. VICTORY SYCAMORE ESTABLISHED | A | Dividend | J | T | Sold | 03/11/19 | J | A | |
| 45. | | | | | Sold | 09/13/19 | J | A | |
| 46. | | | | | Sold | 10/09/19 | J | | |
| 47. | | | | | Buy | 01/14/19 | J | | |
| 48. | | | | | Buy | 03/11/19 | J | | |
| 49. | | | | | Buy | 03/11/19 | J | | |
| 50. INVESCO OPPENHEIMER DEVELOPING | A | Dividend | J | T | Sold | 09/13/19 | J | | |
| 51. | | | | | Sold | 10/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, William C. | 09/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. INVESCO OPPENHEIMER INTERNATIONAL | A | Dividend | J | T | Sold | 10/09/19 | J | | |
| 53. OPPENHEIMER SENIOR FLOATING RATE FUND I | A | Dividend | | | Buy | 03/11/19 | J | | |
| 54. ISHARES MSCI EAFE INDEX FUND | A | Dividend | K | T | | | | | |
| 55. EATON VANCE PARAMETRIC EMERGING MKT | | None | | | Sold | 03/11/19 | J | A | |
| 56. | | | | | Sold | 03/11/19 | J | A | |
| 57. | | | | | Buy | 01/14/19 | J | | |
| 58. NORTHERN FUNDS ULTRA-SHORT FIXED INCOME | A | Dividend | | | Sold | 11/21/19 | J | A | |
| 59. | | | | | Sold | 11/21/19 | J | A | |
| 60. | | | | | Buy | 09/13/19 | J | | |
| 61. | | | | | Buy | 10/09/19 | J | | |
| 62. VANGUARD SMALL CAP VALUE INDEX FUND | | None | | | Sold | 03/11/19 | J | A | |
| 63. | | | | | Sold | 03/11/19 | J | A | |
| 64. | | | | | Buy | 01/14/19 | J | | |
| 65. VANGUARD HIGH YIELD CORP FUND | A | Dividend | | | Sold | 03/11/19 | J | | |
| 66. VANGUARD ST CORP BOND INDEX I | A | Dividend | | | Sold | 03/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, William C. | 09/17/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William C. Lee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544